**Exhibit B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE SANDS,<br><br>                                   Plaintiff,<br><br>                 v.<br><br>ZIFF DAVIS, LLC<br><br>                                   Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**Case No.: 1:16-cv-02017-LTS** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the plaintiff, Steve Sands, and counsel for the defendant, Ziff Davis, LLC that all claims asserted in the above-captioned action are dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), each party to bear its own costs.

_____
Richard P. Liebowitz

LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: 3/30/2016
*Attorney for Plaintiff Steve Sands*

_____
Edward J. Davis

DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
Tel: (212) 603-6431
eddavis@dwt.com

Dated: 4/5/16
*Attorney for Defendant Ziff Davis*

SO ORDERED:

_____
Hon. Laura Taylor Swain

8